## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nastri v. Blanche _____ Docket No.: 26-925 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kevin B. Soter

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Ave NW, Washington, DC 20530

Telephone: 202-514-3602 _____ Fax:

E-mail: kevin.b.soter@usdoj.gov

Appearance for: Appellees Todd Blanche and David Steiner in their official capacities
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Conor M. Reardon, USAO-CT )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on November 7, 2025 OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Kevin B. Soter

Type or Print Name: Kevin B. Soter