# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-six,

_____

David J. Nastri, Esq., We The Patriots USA, Inc.,

      Plaintiffs - Appellants,

  v.

Todd Blanche, in his official capacity only, David Steiner, in his official capacity only,

      Defendants - Appellees.

_____

**ORDER**
Docket No. 26-925

A notice of appeal was filed on April 10, 2026. The Appellant's Form C due April 24, 2026, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 29, 2026, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

