**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand twenty-six,

_____

David J. Nastri, Esq., We The Patriots USA, Inc.,

      Plaintiffs - Appellants,

  v.

Todd Blanche, in his official capacity only, David Steiner, in his official capacity only,

      Defendants - Appellees.

_____

**ORDER**
Docket No. 26-925

Counsel for Appellant David J. Nastri, We The Patriots USA, Inc. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 10, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 10, 2026. The appeal is dismissed effective July 10, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court