**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-0925

**Caption [use short title]**

**Motion for:** NUNC PRO TUNC MOTION TO EXTEND TIME

TO FILE BRIEF AND APPENDIX

Set forth below precise, complete statement of relief sought:

Extension of time until July 14, 2026 to file Appellants' brief

and appendix, and to deem their brief and appendices timely

filed.

David Nastri, et al. v. Todd Blanche, et al.

**MOVING PARTY:** David Nastri, We The Patriots USA, Inc.     **OPPOSING PARTY:** Todd Blanche, David Steiner

[✓] Plaintiff          [ ] Defendant

[✓] Appellant/Petitioner     [ ] Appellee/Respondent

**MOVING ATTORNEY:** Cameron L. Atkinson     **OPPOSING ATTORNEY:** Kevin Soter

[name of attorney, with firm, address, phone number and e-mail]

Atkinson Law, LLC

PO 340 Harwinton CT 06791

203-677-0782, catkinson@atkinsonlawfirm.com

U.S. Department of Justice

950 Pennsylvania Avenue NW, Washington DC 20530-0001

202-514-3602, kevin.b.soter@usdoj.gov

Court- Judge/ Agency appealed from: D.Conn.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):_____
_____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

Is oral argument on motion requested?     [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?     [ ] Yes [✓] No If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?     [ ] Yes [ ] No
Has this relief been previously sought in this court?     [ ] Yes [ ] No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

/s/ Cameron L. Atkinson     **Date:** 7-14-2026     Service by: [✓] CM/ECF [ ] Other [Attach proof of service]

**Form T-1080 (**rev.12-13)

**UNITED STATES COURT OF APPEALS**

**FOR THE SECOND CIRCUIT**

| | | |
|---|---|---|
| David J. Nastri, Esq. | : | |
| We The Patriots USA, Inc.; | : | |
| | : | No.: 26-0925 |
| v. | : | |
| | : | |
| Todd Blanche in his official capacity | : | |
| only; David Steiner in his official | : | |
| capacity only | : | |

### *NUNC PRO TUNC* MOTION TO EXTEND TIME TO FILE BRIEF AND APPENDIX

The Appellants – David Nastri and We The Patriots USA, Inc. – hereby move the Court *nunc pro tunc* to extend the time for them to file their opening brief and appendix and to deem their brief and appendix timely filed in this case until July 14, 2026. This is the first motion of this kind that the Appellants have made. The undersigned has contacted counsel for the Appellees, who does not oppose this motion.

Good cause exists to grant this motion. As the undersigned's declaration shows, the undersigned was engaged in intensive trial-preparation for what was expected to be a three-week federal jury trial when the Court issued the so-ordered scheduling notification in this case on June 12, 2026 that set the Appellants' briefing

1

due date for July 10, 2026. **Decl. of Cameron Atkinson, ¶¶ 2-3.** He attempted to calendar the deadline using his case management system and entered the due date as being July 13, 2026. **Decl. of Cameron Atkinson, ¶ 4.** He believes that he did so in a rush, and selected the wrong date. **Decl. of Cameron Atkinson, ¶ 4** The undersigned did not notice his error until he logged into ACMS on the evening of July 13, 2026 to file the Appellants' brief and appendix. **Decl. of Cameron Atkinson, ¶¶ 5-6;** *see also* ECF 19-24.

The undersigned then worked diligently through the challenges of filing large files on ACMS to get his brief and appendix filed. **Decl. of Cameron Atkinson, ¶¶ 7-8.** Once filed, he immediately contacted counsel for the Appellees, explained the error, and asked for their position on this motion, which they courteously extended to him.

The undersigned apologizes to the Court for his tardiness and any burden it may have placed on the Court and counsel for the Appellees. His error was a human one that occurs from time to time in the practice of law despite attorneys' best efforts. He did not intentionally mis-calendar the deadline or otherwise ignore the briefing deadline.

The Court's website indicates that the Court typically gives parties a chance to cure missed briefing deadlines through a default order that sets a firm dismissal

order.[1] Here, the undersigned acted before such an order issued to cure his error. He candidly confessed his error to counsel for the Appellees, and has acted speedily.

Accordingly, the undersigned respectfully asks the Court to grant this motion and deem the Appellants' brief and appendix timely filed.

Dated: July 14, 2026                         *//s//  Cameron L. Atkinson*

Cameron L. Atkinson, Esq.
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

*Attorney for Plaintiffs-Appellants*

---

[1]

https://ww3.ca2.uscourts.gov/clerk/case_filing/appealing_a_case/civil_case/failure_to_file.html

3

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. App. R. P. 27 because it contain 459 words, as determined by the word counting feature of Microsoft Word 2016.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32 and the typestyle requirements of Fed. R. App. P. 32 because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

Dated: July 14, 2026

/s/ Cameron L. Atkinson /s/
Cameron L. Atkinson

4

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2026, an electronic copy of the foregoing Motion was filed with the Clerk of the Court using the ECF system and thereby served upon all counsel appearing in this case.

/s/ Cameron L. Atkinson /s/
Cameron L. Atkinson

# UNITED STATES COURT OF APPEALS

# FOR THE SECOND CIRCUIT

David J. Nastri, Esq.                          :

We The Patriots USA, Inc.;                     :

                                           :          No.: 26-0925

v.                                             :

                                           :

Todd Blanche in his official capacity          :

only; David Steiner in his official            :

capacity only                                  :

### <u>DECLARATION OF CAMERON ATKINSON</u>

Pursuant to 28 U.S.C. § 1746, Cameron Atkinson hereby declares under oath as follows:

1.      I am over the age of 18 and understand and believe in the obligation of an oath to tell the truth.

2.      On June 12, 2026, when the Court issued the so-ordered scheduling notification setting the Appellants' brief and appendix due date as July 10, 2026, I was in the middle of intensive trial preparation for what was expected to be a three-week federal jury trial.

3.      The trial preparation involved tens of thousands of pages of documents, and approximately 12 witnesses. Due to personal matters on the part of co-counsel,

including the death of his partner, I had sole responsibility for the trial, and would have been the sole lawyer for my clients during that trial.

4. When the scheduling notification was issued, I attempted to enter it into my case management system in the midst of attending to another task. I rushed through the process, and I believe that I inadvertently selected or typed the wrong date for the brief.

5. I never rechecked the date after entering it due to the number of responsibilities I was balancing, and I relied on my initial entry for the due date.

6. When I logged into the Court's ACMS system on the evening of July 13, 2026, I noticed that my brief was overdue and had been due on July 10, 2026.

7. I worked speedily to file the brief and special appendix then and there.

8. I then worked diligently to break apart the appendix files (all exceeding 20 MB) to get them accepted by ACMS, ultimately finishing that task at approximately 12:35 AM on July 14, 2026.

9. I then emailed counsel for the Appellees, explained the situation, and sought their position on the instant motion.

10. I apologize to the Court and counsel for the Appellees for any inconvenience that this may have caused.

11. My error was a human error, and I take full responsibility for it.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2026       *Cameron L. Atkinson*
_____

Cameron L. Atkinson