# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-six.

Before:     José A. Cabranes,
                *Circuit Judge.*

_____

David J. Nastri, Esq., We The Patriots USA, Inc.,

        Plaintiffs - Appellants,

  v.

Todd Blanche, in his official capacity only,
David Steiner, in his official capacity only,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 26-925

Appellants move for an extension of time to July 14, 2026 to file their brief and appendix, nunc pro tunc, and to deem their brief and appendix timely filed.

IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court