# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

DAVID J. NASTRI, et al.,

     Plaintiffs-Appellants,

     v.

TODD BLANCHE, et al.,

     Defendants-Appellees.

No. 26-925

## APPELLEES' NOTIFICATION PURSUANT TO CIRCUIT RULE 31.2

Pursuant to Circuit Rule 31.2, we respectfully request a deadline for the appellees' brief of October 13, 2026. This is 91 days after appellants' brief was filed.

Respectfully submitted,

*s/ Kevin B. Soter*

KEVIN B. SOTER
Attorney, Appellate Staff
Civil Division, Room 7222
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
(202) 305-1754
kevin.b.soter@usdoj.gov

JULY 2026